Court of Appeals Number 06-16-0063-CR

| | | |
|---|---|---|
| ANTHONY JOHN LIBERTO | § | IN THE 6TH COURT |
| | § | |
| VS. | § | OF APPEALS |
| | § | |
| STATE OF TEXAS | § | TEXARKANA, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/7/2016 4:52:25 PM
DEBBIE AUTREY
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF

## TO THE HONORABLE JUDGES OF SAID COURT:

NOW COMES the State of Texas, by and through her Criminal District Attorney R. Lowell Thompson, Appellee in the above styled and numbered cause and files this Motion for Extension of Time to File its Appellate Brief in accordance with Texas Rules of Appellate Procedure 10.5(b), and in support thereof, would respectfully show this Honorable Court as follows:

### I. STATEMENT OF THE CASE

Appellant was charged by indictment with Theft over $1500. A jury was waived and the case was tried in the 13th Judicial District Court, before Judge James Lagomarsino. Appellant was found guilty. Punishment was assessed at 13 months state jail. The State requests an extension as explained below:

1. Appellant's brief was filed with this Court on August 2nd, 2016;

2. Appellee's brief was due on September 1st, 2016;

3. Movant seeks an extension of 60 days from due date in which to file Appellee's brief, extending Appellee's due date to October 31st, 2016;

4. There was confusion on the notification and receipt, by Appellee, of Appellant's Brief;

5. Appellee was informed by this Court on September 7th, 2016 that Appellee's brief was due and Appellee then printed a copy of Appellant's brief of the this Court's website;

6. Attorney for Appellee is scheduled for jury trial the week of September 12th, 2016. In addition Attorney for Appellee is scheduled to attend the TDCAA Annual Conference

the September 20th through September 23rd, 2016. Further the Attorney for Appellee then scheduled for a jury trial the beginning September 27th, 2016.

7. Appellant was granted three extensions.

**WHEREFORE, PREMISES CONSIDERED,** Appellee prays that the Court extend the time for the filing of Appellee's brief for 60 days until October 31st, 2016, to allow Appellee to file its Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

R. Lowell Thompson
Criminal District Attorney
Navarro County, Texas
300 W. 3rd Ave., Ste. 203
Corsicana, Texas 75110
903-654-3045
903-872-6858 (Fax)
SBN: 24004951
lthompson@navarrocounty.org

## Certificate of Conference

I certify that I have conferred with Counsel for Appellant, Damara Watkins, who indicated that this motion is unopposed.

R. Lowell Thompson

## Certificate of Service

I certify that a true a correct copy of the above and foregoing Motion to Extend Time to File Appellee's Brief was delivered to Appellant's Counsel, Damara Watkins, by electronic filing/e-mail on the 7th day of September, 2016.

R. Lowell Thompson
Criminal District Attorney
Navarro County, Texas

**STATE OF TEXAS** §
§
**COUNTY OF NAVARRO** §

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared R. Lowell Thompson, who after being duly sworn stated:

"I am the Criminal District Attorney of Navarro County, Texas, and the counsel for Appellee in this Cause. I have read the foregoing Motion to Extend Time to File Appellee's Brief and swear that all of the allegations of fact contained therein are true and correct to the best of my knowledge and belief."

_____
R. Lowell Thompson, Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on the 7th day of September, 2016.

_____
Notary Public—State of Texas

DANA ELAINE ANDREWS
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 1-31-2017